# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11CV436-MOC-DSC

| | |
|---|---|
| RITA MARIANNI, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| OFF BROADWAY SHOES, INC. and ) | |
| RACK ROOM SHOES, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon the parties "Consent Motion to Remand"(document #3), filed September 22, 2011. Based upon the consent of the parties and for good cause shown, the Motion is hereby **GRANTED**.

Pursuant to this Order, this action is remanded to the General Court of Justice, Superior Court Division, for Mecklenburg County, North Carolina for all further proceedings.

**SO ORDERED**.

Signed: September 26, 2011

David S. Cayer
United States Magistrate Judge